UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB - 7 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No.   S1-4:18 CR 891 HEA (PLC) |
| ) | |
| v. ) | |
| ) | |
| WYLAND KINNEY, ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about October 18, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**WYLAND KINNEY,**

having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in or affecting commerce, a firearm;

In violation of Title 18, United States Code, Section 922(g) and punishable under Title 18, United States Code, Section 924(a)(2).

### COUNT II

The Grand Jury further charges that:

On or about August 16, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**WYLAND KINNEY,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and;

that the death of J.P., a person whose identity is known to the Grand Jury, resulted from the use of such substance distributed by defendant, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO   63102
(314) 539-2200

2